Dismissed and Opinion filed July 25, 2002









Dismissed and Opinion filed July 25, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00699-CV

____________

 

YAMIN MOTORCYCLES OF AUSTIN, L.L.C., YAMIN
MOTORCYCLES OF HOUSTON, L.L.C., AND YAMIN MOTORCYCLES, INC., Appellants

 

V.

 

TRANSAMERICA
COMMERCIAL CORPORATION, Appellee

 



 

On Appeal from the 190th District Court

Harris
County, Texas

Trial Court Cause No. 02-17785

 



 

O
P I N I O N

This is an appeal from a judgment
signed June 7, 2002.  

On July 19, 2002, appellants filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed July 25, 2002.

Panel consists of Justices
Anderson, Fowler, and Edelman.  

Do Not Publish C Tex. R. App. P.
47.3(b).